| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robin Keith Williams, Sr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA | |
| Case number 21-13376-amc | |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST

**Last 4 digits** of any number you use to identify the debtor's account: 2978

**Court claim no.** (if known): 9-1

**Date of payment change:** 6/1/2024
Must be at least 21 days after date of this notice

**New total payment:** $521.38
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $265.88      New escrow payment: $262.73

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                 New interest rate:

   Current principal and interest payment:      New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment           New mortgage payment:

Debtor 1 <u>Robin Keith Williams, Sr.</u>                                            Case number *(if known)* <u>21-13376-amc</u>
      Print Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*
☐ I am the creditor
■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/  <u>Michelle L. McGowan</u>          Date  <u>5/9/2024</u>
  Signature

| | | | |
|---|---|---|---|
| Print | Michelle L. McGowan<br>First Name  Middle Name  Last Name | Title | Authorized Agent for Creditor |
| Company | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | |
| Address | 13010 Morris Rd., Suite 450<br>Number  Street | | |
| | Alpharetta GA 30004<br>City                      State    ZIP Code | | |
| Contact Phone | 470-321-7112 | Email | mimcgowan@raslg.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  May 9, 2024 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Robin Keith Williams, Sr.
6207 Morton Street
Philadelphia, PA 19144

And via electronic mail to:

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Olivia Pagan



P.O. Box 8619
Philadelphia, PA 19101-8619

Telephone: (877) 735-9637
Fax: (866) 926-5496
www.selenefinance.com

Hours of Operation
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00
am to 5:00 pm, CT

BRAD J SADEK
SADEK AND COOPER
SUITE 502
SUITE 502
1315 WALNUT STREET
PHILADELPHIA PA 19107

Mortgagor(s):    ROBIN WILLIAMS

Property Address:    6207 MORTON ST
PHILADELPHIA PA 19144

**Our records indicate the above referenced account has been impacted by a bankruptcy filing.  If a mortgagor has received a discharge in bankruptcy, Selene fully acknowledges that such mortgagor has no personal liability for the debt and is not attempting to collect the debt from that mortgagor personally.  If the account is impacted by an active bankruptcy case, Selene fully acknowledges the automatic stay and is not attempting to collect the debt.   THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.**

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.
Please note, however, that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service.  Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order.  You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.



ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

P.O. Box 8619
Philadelphia, PA 19101-8619

 **Online Information:** www.selenefinance.com
**Email:** customerservice@selenefinance.com

**Hours Of Operation:** Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT
**Phone:** (877) 735-3637
**Hearing Impaired:** Call 711 or (800) 735-2989
**Fax:** (866) 926-5496

**Correspondence:**
P.O. Box 8619
Philadelphia, PA 19101-8619

BRAD J SADEK
SADEK AND COOPER
SUITE 502
SUITE 502
1315 WALNUT STREET
PHILADELPHIA PA 19107

Analysis Date: 05/03/24

Borrower Name: ROBIN WILLIAMS
Property Address: 6207 MORTON ST
PHILADELPHIA PA 19144

Each year Selene Finance LP reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, flood insurance (if required), homeowner's insurance premiums and mortgage insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new monthly payment starting June 01, 2024?

| Payment Items | Previous Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $258.65 | $258.65 | $0.00 |
| Escrow | $265.88 | $262.73 | -$3.15 |
| Surplus | $0.00 | $0.00 | $0.00 |
| **Total Payment** | **$524.53** | **$521.38** | **-$3.15** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with Selene Finance LP, this new amount will automatically take effect with your June payment.

### 2. What are the most common reasons that my escrow payment may change from year to year?

A. **Increases or Decreases in Amounts Billed –** The amounts we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts Selene Finance LP expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| CITY/1ST PAR | $996.66 | $996.66 | $0.00 |
| HOMEOWNERS I | $2,194.00 | $2,156.00 | -$38.00 |
| **Total Annual Escrow Payments** | **$3,190.66** | **$3,152.66** | **-$38.00** |
| **Monthly Escrow Payments** | **$265.88** | **$262.73** | **-$3.15** |

B. **Repayment of Escrow Surplus –** According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $525.44 in May. This means you have a *surplus* of $3.25 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| $528.69 | minus | $525.44 | equals | $3.25 |

---

## ESCROW SURPLUS SUMMARY



**Name:** BRAD J SADEK
SADEK AND COOPER

**Overage Amount: $3.25**

In the event your loan is 30 or more days past due, any overage will be retained.

If you have any questions, please contact us at (877) 735-3637.

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Current Projected Balance | Required Projected Balance | Difference |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | $528.59 | $525.34 | |
| June 24 | | $262.73 | $0.00 | $791.32 | $788.07 | $3.25 |
| July 24 | | $262.73 | $0.00 | $1,054.05 | $1,050.80 | $3.25 |
| August 24 | | $262.73 | $0.00 | $1,316.78 | $1,313.53 | $3.25 |
| September 24 | | $262.73 | $0.00 | $1,579.51 | $1,576.26 | $3.25 |
| October 24 | | $262.73 | $0.00 | $1,842.24 | $1,838.99 | $3.25 |
| November 24 | | $262.73 | $0.00 | $2,104.97 | $2,101.72 | $3.25 |
| December 24 | | $262.73 | $0.00 | $2,367.70 | $2,364.45 | $3.25 |
| January 25 | | $262.73 | $0.00 | $2,630.43 | $2,627.18 | $3.25 |
| February 25 | CITY/1ST PAR | $262.73 | $996.66 | $1,896.50 | $1,893.25 | $3.25 |
| March 25 | | $262.73 | $0.00 | $2,159.23 | $2,155.98 | $3.25 |
| April 25 | | $262.73 | $0.00 | $2,421.96 | $2,418.71 | $3.25 |
| May 25 | HOMEOWNERS I | $262.73 | $2,156.00 | $528.69 | $525.44 | $3.25 ** |
| Totals | | $3,152.76 | $3,152.66 | | | |

** Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Projected Disbursement Estimate | Projected Disbursement Actual | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $531.86 | -$7,045.96 |
| June 23 | | $265.88 | * | | | $797.74 | -$7,045.96 |
| July 23 | | $265.88 | $342.95 * | | | $1,063.62 | -$6,703.01 |
| August 23 | | $265.88 | $342.95 * | | | $1,329.50 | -$6,360.06 |
| September 23 | | $265.88 | $342.95 * | | | $1,595.38 | -$6,017.11 |
| October 23 | | $265.88 | * | | | $1,861.26 | -$6,017.11 |
| November 23 | | $265.88 | $342.95 * | | | $2,127.14 | -$5,674.16 |
| December 23 | | $265.88 | $342.95 * | | | $2,393.02 | -$5,331.21 |
| January 24 | | $265.88 | * | | | $2,658.90 | -$5,331.21 |
| February 24 | CITY/1ST PAR | $265.88 | $725.43 * | $996.66 | $996.66 | $1,928.12 | -$5,602.44 |
| March 24 | HOMEOWNERS I | $265.88 | * | | $2,156.00 * | $2,194.00 | -$7,758.44 |
| April 24 | | $265.88 | -$235.95 * | | | $2,459.88 | -$7,994.39 |
| May 24 | HOMEOWNERS I | $265.88 | $8,522.98 E | $2,194.00 | * | $531.76 | $528.59 |
| Totals | | $3,190.56 | $10,727.21 | $3,190.66 | $3,152.66 | | |

If you have questions about your escrow analysis statement please contact our Customer Service Department at (877) 735-3637.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only.  We are not trying to collect against you personally.  If you have questions about this communication or your obligation to pay, please contact your attorney.